MATT JOHNSON, CHIEF JUSTICE
STEVE SMITH, JUSTICE
LEE HARRIS, JUSTICE

SHERRY WILLIAMSON, CLERK
254-757-5200



# Court of Appeals
## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Michael Calb
Office of the Attorney General for the
State of Texas
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Ruzel Love Junior
#2349351
East Texas Treatment Facility
P.O. Box 8000
Henderson, TX 75653

**RE:**   Court of Appeals Number:   10-25-00126-CV
Trial Court Case Number:   2230739

**STYLE:** Ruzel Love, Jr.
v.
Felicia Moss and University of Texas Medical Branch

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson

Sherry Williamson, Clerk

cc:   Leslie Woolley (DELIVERED VIA E-MAIL)
Judge Robert Hill Trapp (DELIVERED VIA E-MAIL)
Sherry L. Stephens (DELIVERED VIA E-MAIL)
Judge Tracy Sorenson (DELIVERED VIA E-MAIL)